## POINTER v. POINTER.

(Decided May 13, 1915.)

APPEAL from Morgan Law and Equity Court.

Heard before THOMAS W. WERT.

CALLAHAN & HARRIS, for appellant. E. W. GODBEY, for appellee.

Per Curiam. Appeal dismissed by agreement.

## ROBERTSON ET AL. v. PRINCE & STARKE GROCERY CO.

(Decided June 21, 1915.)

APPEAL from Bullock Chancery Court.

ERNEST L. BLUE and R. E. L. COPE, for appellants. J. D. NORMAN, for appellee.

Per Curiam. Appeal dismissed on motion of appellee.

## SOUTHERN RY. CO. v. JONES.

(Decided October 6th, 1915.)

APPEAL from Cleburne Circuit Court.

Heard before Hon. HUGH D. MERRILL.

KNOX, ACKER, DIXON & STERNE, for appellant. MERRILL & WALKER, for appellee.

Per Curiam. Appeal dismissed by agreement of parties.